UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
RICHARD NGALU,

                            Plaintiff,            22 Civ. 6773 (LGS)

          -against-                        ORDER

GOLDMAN SACHS BANK USA, et al.

                        Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that the Plaintiff has reached a settlement in principle with Defendant Experian Information Solutions, Inc. ("Experian") only.  Accordingly, it is hereby ORDERED that this action is dismissed as to Experian only without costs and without prejudice to restoring Experian as a party, provided the application to restore is made within thirty (45) days of this Order.  Any application to reopen filed after thirty (45) days from the date of this Order may be denied solely on that basis.  Any pending motions are DENIED as moot, and all conferences are CANCELED with respect to Experian only.

Dated: October 6, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE