UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                :

RICHARD NGALU,                       :
                                                :

                     Plaintiff,    :              22 Civ. 6773 (LGS)
                                           :

             -against-            :                  ORDER
                                         :

GOLDMAN SACHS BANK USA, et al.,    :
                                         :

                    Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this

case.  Accordingly, it is hereby ORDERED that this action is dismissed without costs and without

prejudice to restoring the action to the Court's calendar, provided the application to restore the

action is made within forty-five (45) days of this Order.  Any application to reopen filed after

forty-five (45) days from the date of this Order may be denied solely on that basis.  Any pending

motions are DENIED as moot, and all conferences are CANCELED.

Dated:  November 16, 2022
       New York, New York

                                    LORNA G. SCHOFIELD
                                 UNITED STATES DISTRICT JUDGE